George B. Singer, SBN 187185
Craig A. Bealer, SBN 243059
The Dominguez Firm
3250 Wilshire Blvd. Suite 2200
Los Angeles, CA 90010
Telephone Number: (213) 388-7788
Facsimile Number    (213) 388-9540

Attorney for Plaintiff,
Jean Claudio Robles,
a minor, by and through
his Guardian Ad Litem,
Ana Martinez

```
FILED
CLERK, U.S. DISTRICT COURT

02/10/2016

CENTRAL DISTRICT OF CALIFORNIA
BY:      CR        DEPUTY
```

# UNITED STATES DISTRICT COURT FOR THE

## CENTRAL DISTRICT OF CALIFORNIA- EASTERN DIVISION

| | |
|---|---|
| **Jean Claudio Robles, a minor by and through his guardian ad litem, Ana Martinez** ) | **CASE NO.: 2:15-CV-07513-SVW-FFM** |
| Plaintiff, ) | *Assigned for all purposes to Hon. Judge Stephen V. Wilson* |
| vs. ) | |
| **CEC Entertainment, Inc., a corporation; Chuck E. Cheese's, a business entity, form unknown; and DOES 1 to 50, inclusive** ) | ~~PROPOSED~~ ORDER |
| Defendants. ) | |

IT IS HEREBY ORDERED THAT PLAINTIFF'S ACTION BE DISMISSED WITHOUT PREJUDICE PURSUANT TO THIS STIPULATION:

Dated:   02/10/2016

_____
JUDGE OF THE FEDERAL COURT **TO THE COURT**

1

~~PROPOSED~~ ORDER